**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| VASU HOLDINGS, LLC, a Texas Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:24-cv-00034-JRG-RSP |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STIPULATION
TO NARROW ISSUES AND STREAMLINE THE CASE**

Plaintiff Vasu Holdings, LLC ("Vasu") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") by their undersigned attorneys, in an effort to narrow the issues and streamline the case, hereby stipulate and agree as follows:

WHEREAS, Vasu accuses Samsung of infringing, *inter alia*, U.S. Patent Nos. 10,368,281 ("the '281 Patent) and 10,419,996 (the "'996 Patent").

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1.    In a good faith effort to streamline the case prior to trial, Vasu has agreed to withdraw the following claims and/or defenses:

      a.    Vasu agrees to withdraw its infringement allegations under the doctrine of equivalents for the claim element "upon activation of a timer" in the '281 Patent and the '996 Patent.

1

2. The Parties agree that withdrawal of the foregoing claims and/or defenses cannot be used as evidence or argument for any purpose in the case.

3. Nothing herein shall affect the terms of any other court orders or stipulations or any proceedings other than this Action, and each Party expressly reserves all other rights.

**IT IS SO STIPULATED.**

Dated: August 7, 2025

By: */s/ Paul J. Andre*
 Paul J. Andre (*pro hac vice*)
 Lisa Kobialka (*pro hac vice*)
 James Hannah (*pro hac vice*)
 Kristopher Kastens (*pro hac vice*)
 Michael H. Lee (*pro hac vice*)
 Jennifer L. Gilbert
 Melissa T.G. Brenner (*pro hac vice*)
 Girija Gaur (*pro hac vice*)
 HERBERT SMITH FREEHILLS
 KRAMER (US) LLP
 333 Twin Dolphin Drive, Suite 700
 Redwood Shores, CA 94065
 Telephone: (650) 752-1700
 paul.andre@hsfkramer.com
 lisa.kobialka@hsfkramer.com
 james.hannah@hsfkramer.com
 kris.kastens@hsfkramer.com
 michael.lee@hsfkramer.com
 jennifer.gilbert@hsfkramer.com
 missy.brenner@hsfkramer.com
 girija.gaur@hsfkramer.com

 Ken Mueller (*pro hac vice*)
 HERBERT SMITH FREEHILLS
 KRAMER (US) LLP
 1177 Avenue of the Americas
 New York, NY 10036
 Telephone: (212) 715-9100
 ken.mueller@hsfkramer.com

Respectfully submitted,

By: */s/ Steven Pepe*
 Harry Lee Gillam, Jr.
 State Bar No. 07921800
 Melissa R. Smith
 State Bar No. 24001351
 GILLAM & SMITH, LLP
 303 South Washington Avenue
 Marshall, TX 75670
 Telephone: (903) 934-8450
 Facsimile: (903) 934-9257
 gil@gillamsmithlaw.com
 melissa@gillamsmithlaw.com

 Andrew Thompson (Tom) Gorham
 State Bar No. 24012715
 GILLAM & SMITH, LLP
 102 N. College, Suite 800
 Tyler, TX 75702
 Telephone: (903) 934-8450
 Facsimile: (903) 934-9257
 tom@gillamsmithlaw.com

 Steven Pepe
 (NY Bar No. 2810430)
 Kevin J. Post
 (NY Bar No. 4382214)
 Alexander Middleton
 (NY Bar No. 4797114)
 Jolene Wang
 (NY Bar No. 5462619)

S. Calvin Capshaw (Bar No. 03783900)
Elizabeth L. DeRieux (Bar No. 05770585)
Capshaw DeRieux LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
Vasu Holdings, LLC

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
steven.pepe@ropesgray.com
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
jolene.wang@ropesgray.com

David S. Chun
(CA Bar No. 315958)
James L. Davis, Jr.
(CA Bar No. 304830)
Christopher Bonny
(CA Bar No. 280554)
ROPES & GRAY LLP
525 University Avenue, 8th Floor
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
david.chun@ropesgray.com
james.l.davis@ropesgray.com
christopher.bonny@ropesgray.com

Fan (Frances) Zhang
(DC Bar No. 1721165)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
frances.zhang@ropesgray.com

*Attorneys for Defendants*
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing electronic to all counsel of record.

*/s/ Paul J. Andre*
Paul J. Andre

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 7, 2025, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h).  This stipulation is being filed jointly.

*/s/ Jennifer L. Gilbert*
Jennifer L. Gilbert