**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VASU HOLDINGS, LLC, a Texas Corporation, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:24-cv-00034-JRG-RSP |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF VASU HOLDINGS, LLC'S**
**OPPOSITION TO DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT OF NO DOCTRINE OF EQUIVALENTS**

Plaintiff Vasu Holdings, LLC ("Vasu") hereby informs the Court that in light of the Joint Stipulation to Narrow Issues and Streamline the Case (Dkt. No. 145), Vasu and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") agree that Samsung's Motion for Summary Judgment of No Doctrine of Equivalents (Dkt. No. 125) is now moot.

Respectfully submitted,

Dated: August 20, 2025

By: */s/ Paul J. Andre*

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
Michael H. Lee (*pro hac vice*)
Jennifer L. Gilbert
Melissa T.G. Brenner (*pro hac vice*)
Girija Gaur (*pro hac vice*)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
paul.andre@hsfkramer.com
lisa.kobialka@hsfkramer.com
james.hannah@hsfkramer.com
kris.kastens@hsfkramer.com
michael.lee@hsfkramer.com
jennifer.gilbert@hsfkramer.com
missy.brenner@hsfkramer.com
girija.gaur@hsfkramer.com

Carlos J. Tirado (*pro hac vice*)
Ken Mueller (*pro hac vice*)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
carlos.tirado@hsfkramer.com
ken.mueller@hsfkramer.com

S. Calvin Capshaw (Bar No. 03783900)

1

Elizabeth L. DeRieux (Bar No. 05770585)
Capshaw DeRieux LLP
114 E. Commerce St.,
Gladewater, Texas 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
Vasu Holdings, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing electronic to all counsel of record.

/s/ Paul J. Andre
Paul J. Andre