IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VASU HOLDINGS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 2:24-CV-00034-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Continue the Trial Date (the "Motion") filed by Plaintiff Vasu Holdings, LLC ("Plaintiff"). (Dkt. No. 237). Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **CONTINUES** the trial setting to a time and date to be later set by the Court per a future Order.

**So ORDERED and SIGNED this 12th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE