**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VASU HOLDINGS, LLC, | § | |
| *Plaintiff,* | § | |
| | § | Case No. 2:24-cv-00034-JRG-RSP |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., | § | |
| LTD., SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Plaintiff previously filed a Motion for Summary Judgment of No Obviousness-Type Double Patenting (Dkt. No. 129); Defendants previously filed a Motion for Summary Judgment of No Doctrine of Equivalents (Dkt. No. 125.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 252), recommending denial of Plaintiff's summary judgment motion for the '996 Patent; denial as moot of Plaintiff's summary judgment motion for the '281 Patent; and denial as moot for Defendants' summary judgment motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that Plaintiff's Motion for Summary Judgment of No Obviousness-Type Double Patenting (Dkt. No. 129) is **DENIED** as to the '996 Patent and **DENIED AS MOOT** as to the '281 Patent.

It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment of No Doctrine of Equivalents (Dkt. No. 125) be **DENIED AS MOOT**.

**So ORDERED and SIGNED this 30th day of April, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE