**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VASU HOLDINGS, LLC, | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:24-cv-00034-JRG-RSP |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., | § | |
| LTD.,  SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff previously filed a Motion for Summary Judgment on the Unavailability of Non-Infringing Alternatives (Dkt. No. 128.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 242), recommending denial of Plaintiff's summary judgment motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment on the Unavailability of Non-Infringing Alternatives (Dkt. No. 128) is **DENIED**.

So ORDERED and SIGNED this 1st day of May, 2026.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE