## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VASU HOLDINGS, LLC, | § | |
| *Plaintiff*, | §<br>§<br>§ | Case No. 2:24-cv-00034-JRG-RSP |
| v. | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| *Defendants*. | §<br>§ | |

## <u>ORDER</u>

Before the Court is the Claim Construction Order ("Order") of Magistrate Judge Payne dated May 19, 2025 (Dkt. No. 78). Both Plaintiff Vasu Holdings, LLC and Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd have filed Objections to the Order (Dkt. Nos. 85, 84).

After considering the reasoning provided in the Order, the underlying claim construction briefing, and each Party's Objections, the Court agrees with the conclusions reached within the Order and finds each Party's arguments within its Objections unpersuasive. Accordingly, the Court **OVERRULES** the Objections and **ADOPTS** the Claim Construction Order.

So ORDERED and SIGNED this 15th day of June, 2026.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE