**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VASU HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:24-cv-00034-JRG-RSP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO AMEND JOINT PRETRIAL ORDER**

Plaintiff Vasu Holdings, LLC ("Vasu") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, the "Parties") jointly move to amend the Joint Pretrial Order.   The parties have agreed that amendments are necessary to the proposed joint pretrial order, verdict form, and preliminary jury instructions to reflect case narrowing, make minor adjustments to the disclosure schedule, and reflect the parties' positions on the issues they intend to try.   For amendments on which the parties were unable to reach agreement, Vasu's position is shown in yellow highlighting and Samsung's position is shown in blue highlighting and/or there are notes reflecting each party's position.   In addition, Samsung has updated its witness list.

Respectfully submitted,

Dated:  June 20, 2026

/s/ Mary (Mindy) V. Sooter

Mary (Mindy) V. Sooter
(*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP 1225
Seventeenth St., Suite 2600
Denver, CO 80202
Telephone:  (720) 274-3135
Facsimile:  (720) 274-3133
mindy.sooter@wilmerhale.com

Alice J. Ahn (271399CA)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
50 California Street
San Francisco, CA 94111
Telephone:  (628) 235-1085
Facsimile:  (628) 235-1001
alice.ahn@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

James Travis Underwood
Texas Bar No. 24102587
GILLAM & SMITH, LLP
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Arthur W. Coviello (*pro hac vice)*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
mark.selwyn@wilmerhale.com
arthur.coviello@wilmerhale.com

Joseph J. Mueller (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Dominic E. Massa (*pro hac vice*)
Kate M. Saxton (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000
joseph.mueller@wilmerhale.com
jordan.hirsch@wilmerhale.com
dominic.massa@wilmerhale.com
kate.saxton@wilmerhale.com

Brittany B. Amadi (*pro hac vice*)
Amy K. Wigmore (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
brittany.amadi@wilmerhale.com

travis@gillamsmithlaw.com

Andrew Thompson Gorham
State Bar No. 24012715
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
tom@gillamsmithlaw.com

Steven Pepe (admitted in E.D. Tex.)
Kevin J. Post (admitted in E.D. Tex.)
Alexander Middleton (admitted in E.D. Tex.)
Jolene Wang (admitted in E.D. Tex.)
Brian Lebow (admitted in E.D. Tex.)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
spepe@sheppardmullin.com
kpost@sheppardmullin.com
amiddleton@sheppardmullin.com
jolwang@sheppardmullin.com
blebow@sheppardmullin.com

David S. Chun (admitted in E.D. Tex.)
James L. Davis, Jr. (admitted in E.D. Tex.)
Nancy Attalla (admitted in E.D. Tex.)
SHEPPARD, MULLIN, RICHTER, &
HAMPTON LLP
1540 El Camino Real, Suite 120
Menlo Park, CA 94025-4111
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
dchun@sheppard.com
jdavis@sheppard.com
nattalla@sheppardmullin.com

*Attorneys for Defendants*
Samsung Electronics Co. Ltd., and Samsung
Electronics America, Inc.

*/s/ Paul J. Andre*
Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
Jennifer L. Gilbert
Melissa Brenner (*pro hac vice*)
Girija Gaur (*pro hac vice*)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
paul.andre@hsfkramer.com
lisa.kobialka@hsfkramer.com
james.hannah@hsfkramer.com
kris.kastens@hsfkramer.com
michael.lee@hsfkramer.com
jennifer.gilbert@hsfkramer.com
missy.brenner@hsfkramer.com
girija.gaur@hsfkramer.com

Ken Mueller (*pro hac vice*)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
ken.mueller@hsfkramer.com

S. Calvin Capshaw (Bar No. 03783900)
Elizabeth L. DeRieux (Bar No. 05770585)
Capshaw DeRieux LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
Vasu Holdings, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2026, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing electronically to all counsel of record.

*/s/ Mary (Mindy) V. Sooter*
*Mary V. Sooter*

**CERTIFICATE OF CONFERENCE**

In accordance with L.R. CV-7(h), the undersigned certifies that counsel for Defendants met and conferred with counsel for Plaintiff regarding the substance of this Motion.

*/s/ Mary (Mindy) V. Sooter*
*Mary V. Sooter*