

**2:24-cv-00034-JRG-RSP**
**Vasu Holdings LLC v Samsung Electronics Co Ltd *et al***
**June 24, 2026 at 8:30 AM**

## Trial -- Day 3

### PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Paul Andre | Plaintiff |
| Elizabeth DeRieux | " " |
| Lisa Kobialka | " " |
| James Hannah | " " |
| Gil Gillam | Defendants |
| Mindy Sooter | " " |
| Mark Selwyn | " " |
| Brittany Amadi | " " |
| Dominic Massa | " " |
| Jennifer Gilbert | Plaintiff |
| Melissa Brenner | " " |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Vasudevan Ganesan | Plaintiff |
| Hongjung Son | Defendants |
| | |
| | |
| | |
| | |
| | |