# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VASU HOLDINGS, LLC, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO. 2:24-CV-00034-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. *and* SAMSUNG ELECTRONICS AMERICA, INC., | | |
| *Defendants.* | | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Court's Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- **"Plaintiff"** or **"Vasu"** refers to Plaintiff Vasu Holdings, LLC

- **"Defendants"** or **"Samsung"** refers collectively to Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.

- The **"'181 Patent"** refers to U.S. Patent No. 8,886,181.

- The **"'281 Patent"** refers to U.S. Patent No. 10,368,281.

- The **"'996 Patent"** refers to U.S. Patent No. 10,419,996.

- The **"Asserted Claims"** refers collectively to Claim 1 of the '181 Patent, Claim 37 of the '281 Patent, and Claim 1 of the '996 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

**QUESTION NO. 1:**

Did Vasu prove, by a preponderance of the evidence, that Samsung has **infringed** the

Asserted Claims of the following patents?

Answer "Yes" or "No" for each Asserted Claim listed below.

**'181 Patent**

Claim 1                          Yes: __X__          No: _____

**'281 Patent**

Claim 37                         Yes: _____       No: __X__

**'996 Patent**

Claim 1                          Yes: _____       No: __X__

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

4

IF YOU ANSWERED "NO" TO EACH PART OF QUESTION NO. 1 ON THE PRECEDING PAGE, THEN DO NOT ANSWER ANY OTHER QUESTION IN THIS VERDICT FORM AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.

IF YOU ANSWERED "YES" TO INFRINGEMENT OF CLAIM 1 OF THE '181 PATENT (AS SHOWN IN QUESTION NO. 1 ON THE PRECEDING PAGE), THEN PROCEED TO ANSWER QUESTION NO. 2 ON THE NEXT PAGE.  OTHERWISE, PROCEED TO ANSWER QUESTION NO. 3 ON PAGE 7.

ALSO, IF YOU ANSWERED "YES" TO INFRINGEMENT OF CLAIM 37 OF THE '281 PATENT (AS SHOWN IN QUESTION NO. 1 ON THE PRECEDING PAGE), <u>OR</u> IF YOU ANSWERED "YES" TO INFRINGEMENT OF CLAIM 1 OF THE '996 PATENT (AS SHOWN IN QUESTION NO. 1 ON THE PRECEDEING PAGE), THEN PROCEED TO ANSWER QUESTION NO. 3 ON PAGE 7.

**QUESTION NO. 2:**

Did Samsung prove, by clear and convincing evidence, that Claim 1 of the '181

Patent is **invalid**?


Answer "Yes" or "No" for the Asserted Claim below.


**'181 Patent**

Claim 1                              Yes: _____       No: \_\_\_✕\_\_\_\_


**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

ANSWER QUESTION NO. 3 AS TO CLAIM 1 OF THE '181 PATENT <u>ONLY IF</u> YOU FOUND THAT SAMSUNG INFRINGED CLAIM 1 OF THE '181 PATENT AS SHOWN IN QUESTION NO. 1 <u>AND</u> YOU FOUND THAT CLAIM 1 OF THE '181 PATENT IS NOT INVALID AS SHOWN IN QUESTION NO. 2.

ANSWER QUESTION NO. 3 AS TO CLAIM 37 OF THE '281 PATENT <u>ONLY IF</u> YOU FOUND THAT SAMSUNG INFRINGED CLAIM 37 OF THE '281 PATENT AS SHOWN IN QUESTION NO. 1.

ANSWER QUESTION NO. 3 AS TO CLAIM 1 OF THE '996 PATENT <u>ONLY IF</u> YOU FOUND THAT SAMSUNG INFRINGED CLAIM 1 OF THE '996 PATENT AS SHOWN IN QUESTION NO. 1.

OTHERWISE, AND IF THE ABOVE DO NOT APPLY, THEN DO NOT ANSWER ANY PART OF QUESTION NO. 3, AND IN THAT CASE PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.

**QUESTION NO. 3:**

What sum of money, if paid now in cash, do you find that Vasu has proven, by a preponderance of the evidence, would fairly compensate Vasu for Samsung's infringement which you have found?

Answer in United States Dollars and Cents for each Asserted Claim, pursuant to the instructions on the preceding page.

'181 Patent, Claim 1       $ 3,000,000.00

'281 Patent, Claim 37      $ 0.00

'996 Patent, Claim 1       $ 0.00

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

## <u>FINAL PAGE OF JURY VERDICT FORM</u>

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **<u>unanimous</u>** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _____ day of June, 2026.


_____
**Jury Foreperson**