**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VASU HOLDINGS, LLC, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation,<br><br>Defendants. | Case No. 2:24-cv-00034-JRG-RSP |

**PLAINTIFF'S UNOPPOSED MOTION FOR BILL OF COSTS**

Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, 28 U.S.C. § 1920, the Court's Standing Order Regarding Bills of Costs, and the Final Judgment entered in this case (Dkt. No. 375), Plaintiff Vasu Holdings, LLC ("Vasu") files this Unopposed Motion for Bill of Costs with the attached Agreed Bill of Costs and supporting documentation. The parties have conferred, and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. have agreed that Vasu is entitled to recover costs in the amount of $197,649.06.

Accordingly, Vasu respectfully requests that the Court grant this Unopposed Motion and enter an order that Vasu shall recover costs in the amount of $197,649.06.

Respectfully submitted,

Dated: July 16, 2026

By: */s/ Paul J. Andre*

Paul J. Andre (CA SBN 196585)
Lisa Kobialka (CA SBN 191404)
James Hannah (CA SBN 237978)
Kristopher Kastens (CA SBN 254797)
Michael H. Lee (*pro hac vice*)
Jennifer L. Gilbert (CA SBN 255820)
Melissa T.G. Brenner (*pro hac vice*)
Charles Lee (*pro hac vice*)
Girija Gaur (*pro hac vice*)
Aakash Jariwala (*pro hac vice*)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
paul.andre@hsfkramer.com
lisa.kobialka@hsfkramer.com
james.hannah@hsfkramer.com
kris.kastens@hsfkramer.com
michael.lee@hsfkramer.com
jennifer.gilbert@hsfkramer.com
missy.brenner@hsfkramer.com
charles.lee@hsfkramer.com
girija.gaur@hsfkramer.com
aakash.jariwala@hsfkramer.com

Ken Mueller (*pro hac vice*)
Carlos J. Tirado (*pro hac vice*)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
ken.mueller@hsfkramer.com
carlos.tirado@hsfkramer.com

Elizabeth L. DeRieux (Bar No. 05770585)
S. Calvin Capshaw (Bar No. 03783900)
Capshaw DeRieux LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com
ccapshaw@capshawlaw.com

*Attorneys for Plaintiff*
Vasu Holdings, LLC

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 16, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

*/s/ Paul J. Andre*
Paul J. Andre

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 15, 2026, counsel for Vasu conferred with counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. regarding the relief requested herein, and the Motion is unopposed.

*/s/ Paul J. Andre*
Paul J. Andre