**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

VASU HOLDINGS, LLC, a Texas Corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation,

Defendants.

Case No. 2:24-cv-00034-JRG-RSP

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION FOR BILL OF COSTS**

Pending before this Court is Plaintiff Vasu Holdings, LLC's ("Vasu") Unopposed Motion for Bill of Costs (the "Motion"). In the Motion and supporting documents, the parties agree that Vasu's recoverable costs in this case amount to $197,649.06.

After considering the Motion and noting its unopposed nature, the Court hereby **GRANTS** the Motion and **ORDERS** entry of a Bill of Costs in the amount of $197,649.06.